

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00808-CR

**EX PARTE** Carlos Fabian **BERNAL VASQUEZ**

From the County Court, Kinney County, Texas
Trial Court No. 11176CR
Honorable Molly Francis, Judge Presiding

PER CURIAM

Sitting:  Lori I. Valenzuela, Justice
     Adrian A. Spears II, Justice
     H. Todd McCray, Justice

Delivered and Filed: May 28, 2025

DISMISSED

Appellant, Carlos Fabian Bernal Vasquez, filed his motion to dismiss his appeal. *See* TEX.

R. APP. P. 42.2(a). The motion, which is signed by Bernal Vasquez and his counsel, complies with

Texas Rule of Appellate Procedure 42.2(a). *See id*. No opinion has issued.

Accordingly, we grant the motion and dismiss this appeal. *See id*. We dismiss any other

pending motions as moot.

PER CURIAM

DO NOT PUBLISH